UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

NICOLE CROSS,

   Plaintiffs,

v.

ELECTRIC INSURANCE COMPANY,

   Defendants.

_____/

**<u>DEFENDANT ELECTRIC INSURANCE COMPANY'S PETITION FOR REMOVAL</u>**

The Defendant, ELECTRIC INSURANCE COMPANY, pursuant to Title 28 U.S.C. §1441, hereby petition for Removal of the above-styled action from the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, where the same is now pending as Case No. 23-001025-CI, to this Court. Removal is proper on the following grounds:

1. Plaintiff commenced a civil action in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, styled *Nicole Cross v. Electric Insurance Company*, Case No. 23-001025-CI. *See* Plaintiff's Complaint attached as Exhibit "A".

2. The Complaint in this case was served on Defendants process server on their respective registered agents on March 8, 2023. *See* Summons with Service of Process attached as Exhibit "B".

3. The Plaintiff's Complaint contains claims in which there exists diversity of citizenship between Plaintiff and the Defendants.

4. The Complaint (attached hereto as Exhibit "A"), Florida Traffic Crash Form (attached hereto as Exhibit "C") and medical records submitted to Defendant by Plaintiff prior to the filing of the instant lawsuit which reflect dates of service from July 17, 2020 to November 9, 2022 (excerpts attached hereto as Exhibit "D") indicates Plaintiff was domiciled in and therefore was a citizen of the State of Florida at the time of the accident giving rise to this case and at the time this action was filed and commenced in State Court. Furthermore, at the time of the accident and at the time this action was filed and commenced in State Court, ELECTRIC INSURANCE COMPANY was and is a foreign insurance company organized under the laws of the State of Massachusetts and having its principal place of business in Beverly, Massachusetts.

5. The Plaintiff's Complaint contains claims in which the legal matter exceeds the sum or value of $75,000.00, exclusive of interests and costs. Specifically, Plaintiff is claiming personal injuries to her cervical and lumbar spine, both shoulders, both knees, her right arm, and a traumatic brain injury that allegedly will result in future surgeries. The total medical economic damages for past care claimed thus far total $63,864.17 (attached hereto as Exhibit "E"). Moreover, Counsel for Plaintiff demanded in writing before the filing of the instant Complaint the entire Underinsured Motorist Coverage Policy Limits which are in excess of the $75,000 jurisdictional limit (See attached Exhibit "F"). This matter is a contractual dispute wherein Plaintiff is seeking damages in excess of the $75,000 jurisdictional limit.

6. The Parties are diverse pursuant to 28 U.S.C. §1441(a)(1).

7. This Court has original jurisdiction of this civil action under Title 28, U.S.C. §1332, and this cause is therefore properly removed pursuant to Title 28, U.S.C. §1441 and §1446.

8. Following the filing of this Petition with this Court, written notice of the filing of the same will be provided to the attorney for Plaintiffs, as required by law.

9. Following the filing of this Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Seventeenth Judicial Circuit of Broward County, Florida, as required by law.

10. Pursuant to 28 U.S.C. § 1446(a), Defendant simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

**WHEREFORE**, Defendant, ELECTRIC INSURANCE COMPANY, through its undersigned attorneys, respectfully request that this matter be removed and that this Honorable Court grant such other and additional relief as is otherwise proper.

Respectfully submitted,

                **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**
                *Counsel for Defendants*
By:   /s/ Ryan D. Burns
        Ryan D. Burns, Esq.
        Florida Bar No. 25776
        rdburns@mdwcg.com;
        mdlincoff@mdwcg.com
        2400 E. Commercial Blvd, 11th Floor
        Fort Lauderdale, FL  33308
        T 954-847-4920; F 954-627-6640

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via ECF and/or electronic mail on April 4, 2023 to:

        BY: /s/ Ryan D. Burns
        **Ryan D. Burns, Esq.**
        Florida Bar No.: 25776