UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE CROSS,

    Plaintiff,

v.                                      Case No: 8:23-cv-737-CEH-AEP

ELECTRIC INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court upon the parties' Joint Motion for Dismissal with Prejudice (Doc. 21), filed on April 17, 2024. In the motion, the parties stipulate to dismissal of the entire action, with prejudice, with each party to bear their own attorney's fees and costs. Upon consideration of the parties' Joint Motion/Stipulation, which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED**:

1. The parties' Joint Motion for Dismissal with Prejudice (Doc. 21) is **GRANTED**.

2. The above-captioned cause is **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs.

3. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on April 17, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any